**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JARED DUNN,

    Plaintiff,

v.                                Case No.  3:14cv594/MCR/CJK

MICHAEL D. CREWS,

    Defendant.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 2, 2015 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 2nd day of July, 2015.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**